IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02468-REB-CBS | Date:  December 8, 2015
Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402

*Parties:* | *Counsel:*

BRENDA T BAKER, | Andrew Brake

Plaintiff,

v.

CITY AND COUNTY OF DENVER, OFFICE | Charles Mitchell
OF ECONOMIC DEVELOPMENT, | Natalia Ballinger

Defendant.

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:26 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[33] The City's Motion to Strike Plaintiff's Expert Disclosures*.  Discussion and argument regarding the motion.

**ORDERED:**   *[33] The City's Motion to Strike Plaintiff's Expert Disclosures* is **DENIED without prejudice.**  To the extent the Plaintiff intends to illicit expert opinion from either Dr. Kessel and Dr. Khodaee, the Plaintiff is REQUIRED to provide a supplemental 26(a)(2)(c) summary disclosure within 10 calendar days of today or by **December 18, 2015**.

Discussion regarding trial procedures.

HEARING CONCLUDED.

**Court in recess: 02:50 p.m.**
Total time in court: 01:24

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.