**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02468-REB-CBS

BRENDA T. BAKER,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, OFFICE OF ECONOMIC DEVELOPMENT,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Motion for Summary Judgment** [#49] of Judge Robert E. Blackburn entered on January 5, 2016, it is

ORDERED that the claims of the plaintiff in her complaint [#1] are dismissed with prejudice; it is further

ORDERED that judgment with prejudice shall enter in favor of the defendant, the City and County of Denver, Office of Economic Development, and against the plaintiff, Brenda T. Baker; it is further

ORDERED that the defendant is awarded its costs, to be taxed by the clerk of the court in the time and manner specified by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 5th day of January, 2016.

                                       FOR THE COURT:
                                       JEFFREY P. COLWELL, CLERK

                          By:  s/   K. Finney

                                    K. Finney
                                    Deputy Clerk